

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,093-01

### EX PARTE ANTHONY MOLINA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR16001830-F(1) IN THE 214TH DISTRICT COURT FROM NUECES COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of burglary of a habitation, third-degree deadly conduct, misdemeanor deadly conduct, and evading arrest. He was sentenced to imprisonment for one term of twenty years, two terms of ten years, and one term of one year. The Thirteenth Court of Appeals affirmed the judgment of conviction in his burglary case. *Molina v. State*, No. 13-17-00171-CR (Tex. App.—Corpus Christi-Edinburg June 28, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. On December 18, 2019, the Court denied and dismissed with a written order that was withdrawn on this Court's own motion on February 24, 2021.

After reconsidering the case on the Court's own motion, we now dismiss the claims related to Applicant's misdemeanor conviction[1] and deny the claims relating to his felony convictions. Accordingly, this application is dismissed in part and denied in part.

Filed: May 12, 2021
Do not publish

---

[1] Tex. Code Crim. Proc. art. 11.07 § 3(a).